NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA DAWN DOWLING,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEW JERSEY ATTORNEY'S OFFICE, et al.<br><br>　　　　　　Defendants. | Civil Action No.: 24-8532<br><br>**OPINION AND ORDER** |

**CECCHI, District Judge.**

　　This matter comes before the Court on *pro se* Plaintiff Amanda Dawn Dowling's application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915 (ECF No. 2) with respect to her Complaint (ECF No. 1) against the State of New Jersey Attorney's Office, United States Attorney's Office, the Hudson County District Attorney's Office, the Bergen County District Attorney's Office, and the North Arlington Police Department. For the reasons set forth below, Plaintiff's IFP application is hereby denied.

　　**WHEREAS** District courts will "deny IFP applications if paying the filing fees would not deprive a litigant of the 'necessities of life.'" *Jalil v. Attorney G.*, No. 24-1055, 2024 WL 1177167, at *1 (D.N.J. Mar. 19, 2024) (citation omitted). Plaintiff's IFP application indicates that she has a monthly income of at least $14,000 and has additional assets worth $4,000. ECF No. 2 at 1–3. Her monthly expenses are approximately $3,200. *Id.* at 4. Because Plaintiff has failed to show that she is unable to pay the filing fee, the Court will deny her IFP application. *See Jalil*, 2024 WL 1177167, at *1.

　　Accordingly, **IT IS** on this 21st day of August, 2025

　　**ORDERED** that Plaintiff's IFP application (ECF No. 2) is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** this matter; and it is further

**ORDERED** that Plaintiff may have this matter reopened, if, within thirty (30) days of this Order, Plaintiff pays the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall reopen this matter upon receipt of the filing fee from Plaintiff; and it is further

**ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff by regular U.S. mail.

**SO ORDERED.**

*s/ Claire C. Cecchi*
**CLAIRE C. CECCHI, U.S.D.J.**